1  PHILLIP A. TALBERT
   United States Attorney
2  ROBERT L. VENEMAN-HUGHES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00089-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| SILVERIO ONTIVEROS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and David Balakian, attorney for defendant SILVERIO ONTIVEROS, that the status conference set for August 14, 2024 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to October 23, 2024 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2. By this stipulation, defendant now moves to continue the status conference, and to exclude time from August 14, 2024 to October 23, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form.

Stipulation                                    1

1  Initial discovery has been either produced directly to counsel and/or made available for
2  inspection and copying.
3        b)    Defense counsel requires additional time to review discovery and investigate.
4        c)    The government does not object to the continuance.
5        d)    Based on the above-stated findings, the ends of justice served by continuing the
6  case as requested outweigh the interest of the public and the defendant in a trial within the
7  original date prescribed by the Speedy Trial Act.
8        e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
9  et seq., within which trial must commence, the time period from August 14, 2024 to October 23,
10  2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C.
11  § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's
12  request on the basis of the Court's finding that the ends of justice served by taking such action
13  outweigh the best interest of the public and the defendant in a speedy trial.
14      4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
15  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
16  must commence.

18  Dated: August 7, 2024                             Respectfully submitted,
19                                              PHILLIP A. TALBERT
20                                              United States Attorney

22                                 By    /s/ Robert L. Veneman-Hughes
                                            ROBERT L. VENEMAN-HUGHES
23                                              Assistant United States Attorney

  Dated: August 7, 2024                            /s/ David Balakian
24                                              DAVID BALAKIAN
25                                              Attorney for SILVERIO ONTIVEROS
26  / / /
27  / / /
28  / / /

Stipulation                                                   2

**ORDER**

IT IS SO ORDERED that the status conference is continued from August 14, 2024, to **October 23, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **August 7, 2024**          /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE

Stipulation                                                       3