MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SILVERIO ONTIVEROS,<br><br>　　　　　　　Defendant. | CASE NO.  1:24-cr-00089-JAM-BAM<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET TRIAL** |

　　　　IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and David Balakian, attorney for defendant SILVERIO ONTIVEROS, that the status conference set for May 28, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be vacated and trial instead be set for November 17, 2025 with a trial confirmation hearing on October 7, 2025, both before Judge Mendez.

## STIPULATION

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　　1.　　The defendant has represented he will shortly be filing a motion to suppress.

　　　　2.　　As discussed in the last stipulation, the government is seeking a trial date.

　　　　3.　　The parties have consulted with the chambers of Judge Mendez.  Considering the potential motion, the schedule of counsel, an the schedule of the court, the parties are proposing November 17, 2025 for trial with a trial confirmation hearing on October 7, 2025, both before Judge Mendez in Sacramento, with the upcoming May 28, 2025 status conference to be vacated.

Stipulation and Order　　　　　　　　　　　　　　　1

4. By this stipulation, defendant now moves to exclude time for trial until November 17, 2025.

5. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. Initial discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Defense counsel requires additional time to review discovery and investigate.

    c) The government does not object to the continuance.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from May 28, 2025 to November 17, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: May 19, 2025

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

By   /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Stipulation and Order      2

Dated: May 19, 2025                     /s/ David Balakian
                                        DAVID BALAKIAN
                                        Attorney for SILVERIO ONTIVEROS

### ORDER TO VACATE STATUS CONFERENCE AND SET TRIAL

Based on the stipulation of the parties, the May 18, 2025 status conference is **VACATED**. Trial will commence on **Monday, November 17, 2025**, with a trial confirmation hearing on **Tuesday, October 07, 2025,** both **at 09:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

Time is **EXCLUDED** through and including November 17, 2025, as described in the parties' Stipulation.

IT IS SO ORDERED.

Dated: May 23, 2025                     /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE