DAVID V. BALAKIAN, SBN #166749
Balakian Law Offices
1060 Fulton Street, Suite 810
Fresno, California 93721
Tel: (559) 495-1558
Fax: (559) 495-1004
davidbalakian@sbcglobal.net

ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
SILVERIO ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00089-JAM-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND MOTION TO SUPPRESS EVIDENCE REPLY DATE** |
| v. | |
| SILVERIO ONTIVEROS, | Date: August 5, 2025 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. James A. Mendez |

The defendant's Motion to Suppress Evidence and the government's opposition have been timely filed. (Doc. 38, 41.) The defendant's reply is due July 21, 2025, and the motion hearing is set for August 5, 2025. (Doc. 39.) In order to accommodate the schedule of defense counsel, **IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Robert L. Venemen-Hughes and Calvin Lee, Assistant United States Attorneys, and Eric V. Kersten and David V. Balakian, counsel for defendant Silverio Ontiveros, that Defendant's reply date may be extended by four days, to Friday, July 25, 2025. The August 5, 2025 motion hearing date shall remain as scheduled.

Time has already been excluded through the November 17, 2025 trial date. (Doc. 36.)

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | MICHELE BECKWITH<br>Acting United States Attorney |
| DATED: July 8, 2025 | | /s/ *Robert L. Venemen-Hughes*<br>ROBERT L. VENEMEN-HUGHES<br>CALVIN LEE<br>Assistant United States Attorneys<br>Attorneys for Plaintiff |
| DATED: July 8, 2025 | | /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>DAVID V. BALAKIAN<br>Attorney for Defendant<br>SILVERIO ONTIVEROS |

## ORDER

**Defendant's reply** to the Government's opposition to Defendant's Motion for Suppress Evidence shall be filed by **July 25, 2025**. The August 05, 2025 motion hearing date shall remain as scheduled.

**IT IS SO ORDERED**.

Dated: July 08, 2025       /s/ John A. Mendez
                           THE HONORABLE JOHN A. MENDEZ
                           SENIOR UNITED STATES DISTRICT JUDGE